UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON STEWART, | No. 2:17-cv-0121-EFB P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Stewart[1] filed a letter with the court requesting advice as to how to pursue a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The letter, however, is not sufficient to commence a civil action. To commence such an action, a party must file a complaint or a petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003).

On January 26, 2017, the court informed Stewart that this matter would be closed if he did not properly commence a civil action within 30 days, by filing a petition for writ of habeas corpus, and either paying the filing fee or filing an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). ECF No. 3. Those 30 days have passed and Stewart has not filed the necessary documents or otherwise responded to the court's order.

/////

---

[1] Stewart, referred to in the caption for administrative purposes as "Petitioner" is a state prisoner proceeding without counsel.

1    As Stewart has not submitted a petition and either paid the filing fee or met the
2 requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.
3    Accordingly, the Clerk of the Court is hereby directed to close this case.
4 DATED: March 13, 2017.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE